

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT 1 0 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,             )
                               )
v.                             )     **4:19CR862 JAR/PLC**
                               )
ALYSSA L. WEDEPOHL,            )
                               )
    Defendant.             )

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Obtaining Controlled Substance by Fraud, Deception, or Subterfuge
### Title 21, United States Code, Section 843(a)(3)

### BACKGROUND

1.    At all relevant times, the defendant Alyssa L. Wedepohl was a licensed registered nurse in Missouri.

2.    From on or about September 18, 2016 until on or about May 2, 2019, the defendant was employed as a nurse by Mercy Hospital South in St. Louis County.

3.    Certain prescription drugs are defined by federal and state law as controlled substances, which are drugs that have some potential for abuse or dependence. Controlled substances are placed into one of five schedules, based on the potential for abuse and the severity of the effects if a person abuses the drug. Of the controlled drugs that can legally be prescribed, Schedule II drugs have the highest potential for abuse because of the risks of severe psychological or physical dependence. Hydrocodone, Hydromorphone (Dilaudid), Morphine,

1

and Oxycodone-Acetaminophen (Percocet) are Schedule II drugs. Dronabinol is a Schedule 3 drug and Tramadol is a Schedule 4 drug.

4.      During the relevant time period, Mercy Hospital South used an automated medication dispensing system, referred to as a Pyxis MedStation. The Pyxis MedStation is a computer-based security cabinet used to store and dispense controlled substances, including Schedule 2, 3, and 4 controlled substances. These Pyxis MedStations were located in designated areas within the hospital.

5.      During the relevant time period, two Pyxis MedStations were located on the hospital floor where the defendant was assigned to work. To access the Pyxis MedStations, the defendant had to swipe her badge and enter her unique password or her biometric fingerprint. She could then choose a patient file, remove a drug prescribed for the patient, and then proceed to the patient's room to administer the drug. When a drug was not administered to the patient for some reason, the defendant had to return it to the Pyxis MedStation or waste the drug. Wasting is the destruction or disposal of a drug while one or more witnesses observe the destruction or disposal of the drug.

6.      Between October 2018 and May 2019, the defendant devised and executed a scheme to falsely and fraudulently withdraw and obtain controlled substances from one and more Pyxis MedStations located at Mercy Hospital South. Specifically, for her own personal use and without a legal prescription, the defendant, on numerous occasions, illegally utilized her access to Pyxis MedStations to obtain the following controlled medications: Hydrocodone, Hydromorphone, Oxycodone, Morphine, Dronabinol, Lorazepam, and Tramadol.

2

7.     It was part of the fraud scheme that the defendant withdrew from the Pyxis MedStations controlled substance medications, purportedly to administer to actual patients at Mercy Hospital South.  To conceal her theft of the medications, the defendant falsely indicated in the patient charts that she administered the medications or that the patients refused the medications.  In the latter situation, the defendant was required to return the medications or to waste the medication.  The defendant neither returned the medication nor wasted it, but instead retained the drugs for herself.

8.     On or about April 7, 2019, within the Eastern District of Missouri,

**ALYSSA L. WEDEPOHL,**

the defendant herein, did knowingly and intentionally acquire and obtain possession of a controlled substance, to wit:  Hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge.

All in violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DOROTHY L. McMURTRY, #37727MO
Assistant United States Attorney

3